1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PHANHAHA XABANDITH,

11          Petitioner,              No. CIV S-09-3244 DAD P

12      vs.

13   FRANCISCO JACQUEZ,

14          Respondent.             ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Therein, petitioner challenges his 2006 judgment of

18   conviction entered in the Sacramento County Superior Court.  The court's own records reveal

19   that petitioner previously filed a habeas action with a virtually identical petition in Case No. CIV

20   S-09-2550 LKK DAD P.  In that previously-filed case, the court ordered petitioner to file an

21   amended petition naming the proper respondent.  It appears that the petition filed in this case,

22   which names the proper respondent, should have been filed in Case No. CIV S-09-2550 LKK

23   DAD P.  Accordingly, the court will direct the Clerk of the Court to re-file the petition in this

24   /////

25   /////

26   /////

1

1  case in Case No. CIV S-09-2550 LKK DAD P, docket the petition as an amended petition, and

2  close the instant case.[1]

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The Clerk of the Court is directed to re-file the petition in this case in Case No.

5  CIV S-09-2550 LKK DAD P.  The Clerk of the Court shall docket the petition "Amended

6  Petition; and

7          2.  This action is closed.

8  DATED: January 28, 2010.

10  _Dale A. Drozd_____
    DALE A. DROZD
11  DAD:9                            UNITED STATES MAGISTRATE JUDGE
    xaba3244.close

_____

24      [1]  In Case No. CIV S-09-2550 LKK DAD P, the court issued findings and recommendations
    for petitioner's failure to file an amended petition naming the proper respondent.  As soon as the
25  Clerk of the Court re-files the petition filed in this case in Case No. CIV S-09-2550 LKK DAD P,
    the court will vacate the findings and recommendations and allow that case to proceed on petitioner's
26  amended petition.

2